NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SURFCAST, INC.,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

---

2015-1568

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00292, IPR2013-00293, IPR2013-00294, IPR2013-00295.

---

## JUDGMENT

---

JOHN ALLCOCK, DLA Piper LLP (US), San Diego, CA, argued for appellant. Also represented by KATHRYN RILEY GRASSO, STANLEY JOSEPH PANIKOWSKI III; ERICA PASCAL, San Francisco, CA; JAMES M. HEINTZ, Reston, VA.

JOSEPH A. MICALLEF, Sidley Austin LLP, Washington, DC, argued for appellee. Also represented by ANNA MAYERGOYZ WEINBERG, WONJOO SUH, JEFFREY PAUL KUSHAN, SCOTT BORDER; CONSTANTINE L. TRELA, JR., RICHARD ALAN CEDEROTH, Chicago, IL.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, BRIAN RACILLA, SCOTT WEIDENFELLER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 May 9, 2016 
Date

 /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court